IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ABDULLAH ABDULKARIM KOKOY | ) ) ) |
| v. | ) NO. 3:08-0327 ) JUDGE CAMPBELL |
| DEPARTMENT OF HOMELAND SECURITY | ) ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 20), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendant's Third Motion to Dismiss (Docket No. 16) is GRANTED, and this action is DISMISSED with prejudice. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58. The Clerk is directed to close the file.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE